THEODORE HELLBERG, Respondent, v. GEORGE BATTCHER, Defendant, and JOHN P. WERNER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of COUNTY OF WESTCHESTER by WESTCHESTER COUNTY PARK COMMISSION, etc., Appellant, to Acquire Title to Lands of ELIDA M. GARDINER and Others, Defendants; HANNAH McCORD, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for resettlement of order so as to provide for an allowance denied, with leave to respondent to apply at Special Term therefor. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.